1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney

2

  W. DOUGLAS SPRAGUE (CASBN 202121)
3   Acting Chief, Criminal Division

4   MATTHEW A. PARRELLA (NYSBN 2040855)
    Assistant United States Attorney

5

     150 Almaden Blvd., Suite 900
6     San Jose, California 95113
     Telephone: (408) 535-5042
7     FAX: (408)535-5066
     matthew.parrella@usdoj.gov
8   Attorneys for Plaintiff

9          IN THE UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,   )   No. CR 07-0222 SI
                           )
13           Plaintiff,      )
                           )   **STIPULATION CONTINUING**
14                            )   **SENTENCE DATE AND [~~PROPOSED~~]**
         v.               )   **ORDER**
15                            )
                           )
16   KIRK J. RADOMSKI           )
                           )
17           Defendant.     )
        _____) 

18

19   **IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United

20   States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the

21   United States of America, and John F. Reilly, Esq., counsel for defendant, that the sentencing

22   date currently scheduled  for September 7, 2007 be vacated and continued to November 9, 2007,

23   or to a date thereafter at the convenience of the Court.

24         This Stipulation is entered into for the following reasons:

25         1.     The defendant is presently scheduled to be sentenced on September 7, 2007.  The

26   defendant is continuing to co-operate with the government and such co-operation may not be

27   complete by the present sentencing date.

28         2.     Counsel for the defendant has spoken with the defendant and the defendant has no

1    objections to the continuance sought herein.

2         3.      The defendant is not in custody.

3         4.      This continuance is sought to save the court's time and resources, to allow time

4    for the defendant to continue his co-operation and for the Government to evaluate and analyze

5    new information which may have a bearing on sentencing calculations.

6    DATED this _____ day of July, 2007.

7

8    SCOTT N. SCHOOLS
     United States Attorney

9

10   _____          _____
     MATTHEW A. PARRELLA                          DATE
11   Assistant United States Attorney

12

13   _____          7/30/07
     JOHN F. REILLY                               DATE
14   Attorney for Defendant

15

16                                    ORDER

17   Based upon the foregoing representations made by the parties by stipulated motion, and

18   good cause appearing therefor,

19        **IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar

20   on September 7, 2007, and set for sentencing on November 9, 2007, or a date thereafter at the

21   convenience of the Court.

22

23   DATE:

24
                              _____
25                            SUSAN ILSTON
                              United States District Judge
26

27

28

1   objections to the continuance sought herein.

2          3.      The defendant is not in custody.

3          4.      This continuance is sought to save the court's time and resources, to allow time

4   for the defendant to continue his co-operation and for the Government to evaluate and analyze

5   new information which may have a bearing on sentencing calculations.

6   DATED this _**30**__th_ day of July, 2007.

7

8   SCOTT N. SCHOOLS
    United States Attorney

9

10  _____          **7/30/07**

11  MATTHEW A. PARRELLA            DATE
    Assistant United States Attorney

12

13  _____      _____

    JOHN F. REILLY                  DATE
14  Attorney for Defendant

15

16                              ORDER

17  Based upon the foregoing representations made by the parties by stipulated motion, and

18  good cause appearing therefor,

19        **IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar

20  on September 7, 2007, and set for sentencing on November 9, 2007, or a date thereafter at the

21  convenience of the Court.

22

23  DATE:     08/06/07

24

25                        ILLSTON
                          ates District Judge

26

27                   Judge Susan Illston

28