```
 1  SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  MATTHEW A. PARRELLA (NYSBN 2040855)
    JEFFREY D. NEDROW (CSBN 161299)
 5  JEFFREY R. FINIGAN (CSBN 168285)
    Assistant United States Attorneys
 6
        150 Almaden Blvd., Suite 900
 7      San Jose, California 95113
        Telephone: (408) 535-5042
 8      FAX: (408)535-5066
        matthew.parrella@usdoj.gov
 9      jeff.nedrow@usdoj.gov
        jeffrey.finigan@usdoj.gov
10  Attorneys for Plaintiff
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-0222 SI |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION CONTINUING** |
| v. | ) **SENTENCE DATE AND** [PROPOSED] |
|  | ) **ORDER** |
| KIRK. J. RADOMSKI, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Scott N. Schools, United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for the United States of America, and John F. Reilly, Esq., counsel for defendant, that the sentencing date currently scheduled for December 14, 2007, be vacated and continued to February 8, 2008, or to a date thereafter at the convenience of the Court.

This Stipulation is entered into for the following reasons:

1. The defendant is presently scheduled to be sentenced on December 14, 2007. The defendant is co-operating with the government and needs additional time to complete that

1. co-operation.

2. Counsel for the defendant has spoken with the defendant and the defendant has no objections to the continuance sought herein.

3. The defendant is not in custody.

4. This continuance is sought to save the court's time and resources, to allow time for the defendant to complete his co-operation and for the Government to evaluate and analyze information which may have a bearing on sentencing calculations.

DATED this _____ day of _____, 2007.

SCOTT N. SCHOOLS
United States Attorney

_____       _____
MATTHEW A. PARRELLA                   DATE
Assistant United States Attorney

*/s/ John F. Reilly*                  11/19/07
_____       _____
JOHN F. REILLY                        DATE
Attorney for Defendant

1  co-operation.

2      2.    Counsel for the defendant has spoken with the defendant and the defendant has no
3  objections to the continuance sought herein.

4      3.    The defendant is not in custody.

5      4.    This continuance is sought to save the court's time and resources, to allow time
6  for the defendant to complete his co-operation and for the Government to evaluate and analyze
7  information which may have a bearing on sentencing calculations.

9  DATED this 20th day of November, 2007.

11  SCOTT N. SCHOOLS
    United States Attorney

14  _____    11/20/07
    MATTHEW A. PARRELLA    DATE
    Assistant United States Attorney

17  _____    _____
    JOHN F. REILLY    DATE
    Attorney for Defendant

Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar on December 14, 2007 and set for sentencing on February 8, 2008, or a date thereafter at the convenience of the Court.

DATED:

*Susan Illston*

SUSAN ILLSTON

United States District Judge